**Electronically Filed
Supreme Court
SCWC-21-0000451
26-OCT-2022
08:10 AM
Dkt. 3 ODAC**

SCWC-21-0000451

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

RYAN M. GIUGLIANO,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000451; CASE NO. 3DCW-20-0003056)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant Ryan M. Giugliano's Application for Writ of Certiorari, filed on September 28, 2022, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, October 26, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

